N.D Miss. Form P3. Complaint Challenging Conditions of Confinement (4/00)

United States District Court
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 23 2011
J. T. NOBLIN, CLERK
BY_____ DEPUTY

DeAndre Davis
    Plaintiff

V.

East Miss Correction Facility (GEO) MDOC.
    Defendent

Case No. 4:11cv55CWR-FKB

Prisoner's Complaint Challenging Conditions
_____ of Confinement _____

1.) The Plaintiff's full legal name, the name which Plaintiff was sentenced, the Plaintiffs inmate identification number, mailing address, and place of Confinement.

(A & B) - DeAndre Davis
(C) - L5309
(D) - P.O. Box 5188 / 883 West Street
(E) - Holly Springs, Ms 38635 / 38634
(F) - Marshall County Correctional Facility

2) Plaintiff names the following person(s) as the Defendent(s) in Civil action.

1) King Reese
   Lt. / Unit Manger
   10641 Hwy 80 West
   Meridian, Ms 38107

| Tracy Smith | Mr. Willy Ruffin & Mr. Billy Ruffen | Micheal Rice |
| C/Officer | Sargent | Capt. |
| 10641 Hwy 80 West | 10641 Hwy 80 West | 10641 Hwy 80 West |
| Meridian, Ms 38107 | Meridian, Ms 38107 | Meridian, Ms 38107 |

Warden's (Barthanul Geines - Warden Reagan's) 10641 Hwy 80 West, Meridian, Ms 38107.

M.D.O.C. Commissioner Epp's & Deputy Commissioner El Sparkman. Jackson, Ms.

---

3.) I have not commenced other lawsuits in any other court, state or Federal, dealing with or pertaining to the same facts that I've allege in this lawsuit or otherwise relating to my imprisonment.

4.) N/A

5.) (Yes) + There's a Prison Grievence Procedure in place of confindment.

6.) (Yes) I did present it to the Grievence system the same facts.

7) N/A) Yes - They do have a time on filing grievence's.
   B) Yes - I did file or present my grievence within the time limit.
   C) I filed a grievence on March 10th, 2010. Which was Received on March 17th 2010 by the grievence board. I also did a A.R.P on the 12th of March. A.R.P # 10-456. Lt. Keno Reese the hearing officer. My claim's are. 1) Dismissed R.V.R's from failure to follow M.D.O.C. Disciplinary Policy & Procedures.
   2) Transfer out of E.M.C.F Facility
   3) Proxmate Damages directly, immediatly
   4) Punitive Damages in the sum of $10,000 for vilating M.D.O.C.

And G.E.O Policy & Preceduress be paid by the Officer's

5.) Compensatory damages for the lost I had suffered in the Sum of $10,000

6.) I Request $10,000 from C/O Smith for False imprisonment.

D.) The Response my grievance was given. If the prison provides an administrative review of the decision on my grievance, state whether you applied for that review and what was the Results.

"Lt. Keno Reese granted my A.R.P. on 1st step (#10-456) I felt it needed to go further to make sure all my claims be covered. Yet my second step was never answered. The R.V.R's where taken out my file. I was never moved behind this A.R.P or grievance. (I was moved 1-26-2011 behind another issue.) I never recieved any type of Compensatory or any other payments which was also granted by the Lt. Keno Reese.

---

Attach to this Complaint as exhibit's complete copies of all requests

---

8.) N/A

9.) Billy Ruffen was the Officer whom packed my property and sign my property slip. On the 25th of Jan 2011 Sgt. Willy Ruffin did a (U.R) that I departed from E.M.C.F without my property. That'll show why some of the papers need I have not have yet asked for Assistance from the A.R.P Dept. For Copies. I presented my paperwork to Capt. M. Rice on the 16th of June, 2010. He told me he'll lock into it. Yet I never heard from him again. T. Smith was the Officer that had me locked down on false charges.

(Exhibit A)

Pg 1 of 4

To: ~~____~~ Office Grievance
EMCF 10641 Hwy 80 West
Meridian, Ms
   39307

Fr: DeAndre Davis #25309
10641 Hwy 80 West
Meridian, Ms
   39307

RECEIVED
MAR 2010
EMCF
ARP DEPT.

This is A Request For Administrative
   Remedy.

— Statement of the Case —

On the date of Feb. 18, 2010 I DeAndre Davis 25309, was placed in Segregation for the charges of C-1 Rule Valation and B.27 both wrote by Tracy Smith C/O. Delievery Officer: Sgt. Ruffen. I never said I didnt want a investagion or hearing." Which is also noted on face of RVR's..." They both were Requested...

On the 3rd day of March 2010, I was Released from segregation for said Rule Valation. I never had a hearing or investagation done on the illagel charge's. Yet these procedures were requested by the Offender upon delivery.

PG2074

of said Valation Rapoet.... All investigation must be done or given if the Offender Request it..... Only 2 ways was not able to give a statement to investigator. Order [4-4234] Line 263 states: The accused offender is not available to give a statement; (ie. Medical Reasons, or Away from Facility) Line 269-270; (Extraordinary Circumstance appears in writing, by the Superintendant/C.C. Director.) Note: Such exceptions will be noted in the completed investigation package. [4-4280] Disciplinary will be recorded and stored up to [Six] Months.

I DeAndre Davis L5309, note that I was Released on the 3rd day of the 3 Month of 2010. To be housed on 6-B-211 at 6:47pm by Sgt. Clark and Sgt. Ward. Upon Release of segregation any offender with property that was no Allowable item's within Segregation Must be given back to all offender upon Release...... MDOC Segregation Policy & Procedure EMCF Segregation Manuel Policy & Procedures. My property was not given to me. I was told that Sgt. Clark would give me my property on Sat. (The 3rd was Wed.) Lt. Thomas Stated, "just place Davis back in the cell he came out of tell he get his property."

Shift Changed:
I bring this ARP before the board because because I was denied Due

Pg 3 of 4

Process in both ways. One.) Disciplinary Policy & Procedures of MDOC and EMCF.

B.) I was denied the right to my property and legal work (even to this day.) (3-10-10.)

C.) I was denied this procedures, which is against my rights. [4-4247] Sop [18-01-01]

## Relief Requested

A) I am today the 10th, day, of March, 2010, am requesting that these R.V.R's be dismissed for failure of the E.M.C.F Disciplinary Depart -ment failure to follow M.D.O.C Disciplinary Policy and Procedures, their action would be arbitrary and capricious if I am charged with the R.V.R's at a later date or a disciplinary hearing is had.

B) I am also requesting behind this illegal action above that EMCF Official's transfer me out of this facility immediately.

C) I am requesting Proximate damages directly, immediately, and naturally flowing from the above complaint.

D.) I am requesting Punitive damages in the sum of 10,000.00 for E.M.C.F Officials violating

Pg 4074

its own Policy and Procedures as well as M.D.O.C Policy and Procedures.

E) I am Requesting compensatory damages for the Lost I have suffered in the sum of $10,000.00.

March 10, 2010
Date

DeAndre Davis #25309
10641 Hwy 80. W
Meridian, Ms
39307

(Exhibit B)

To: E.M.C.F. A.R.P Dept.
10641 Hwy 80 West
Meridian, MS 38307      RVR# 10-2156

Re: DeAndre Davis #L5309
U-5-213  EMCF
Meridian, MS 38307

A Request For Administrative
— Remedy —

I.

On the 2-18-2010, I was placed in Lockdown for allegedly having a cell phone. On the 3-3-10 I was released from the hole and was to be housed on 6-B-211. I was excorted to the hallway and asked for my property. (was told in prior ARP which I filed 3-10-10.)

On the 3-12-2010, I received a

disciplinary hearing by Lt. Reese, whom I told that this R.V.R was Released on. It's not no good according to law. I was found guilty with no evidence, out of time, due process of M.D.O.C. SOP 18-01-01, ACA STANDARDS 4-226 thru 4-4243, 4-ACRS-6C-04.
He Recommended isolation 20 days time served, 3-12-2010.

"Ground's for Dismissal"

A) The Rule Violation Report is not written in compliance with the M.D.O.C. Disciplinary Procedure's No. 18-01-01, (See R.V.R. Attached.) On the 2-18-10 I was wrote up On 2-18-210 by Officer Tracy Smith title S.O. P/N NoTone at UCONR Evidence ___ Yes ___ No - Located ___
It was not marked yes or no, nor was the location known. I was placed in segregation on the 2-18-2010. Yet not state on R.V.R I was Location in Hu1 Dped not placed in Segregation P.D.A. I asked

for investagation, and witness Capt. Smith... I didn't get a investagation nor was witness statement read at hearing. [4-4234, 4-4241, 4-4240, 4-4242, 4-4237, 4-4245] All were violated to the accused.

Lt. D. Reese was D.H.O. for Hearing on 3-12-2010. This is 22 days after incident. Reason last more than 7 working day's was explained as: "DHO off Premesis" Ok, Lt. D. Reese heared other offender's on pior dates. Which offender Davis # L5309 has to prove, will prove that D.H.O Lt. Reese was in fact on facility grounds and heared/healed hearing after said accused was segregated on 2-18-10 and before hearing on 3-12-10. (Hearing on RVR # 10-324 on the 3-5-2010. Tape #45.) Note: According to SOP 18-01-01 All hearing are maintained for at least six months [4-4240]. Accused hearing was not tape. The RVR shows that on line Accused's response ___✓___ Admit. ___ Admit w/ modifications  ___ Deny, it.

Marked Accused Admit to Violation. Vict. states Accused's Statement: "NO". I was found guilty. Reason for finding was based off "Statement of the C/O." This RVR shows that all policy & Procedures were not followed by M.D.O.C. Policy & Disciplinary Procedures 18-01-01.

B.) No investigation was received according to M.D.O.C. Disciplinary Procedures a witness was requested, but his statement was not readed at the hearing.

C.) The disciplinary hearing was had out of time, it was not in compliance with the M.D.O.C. Disciplinary Procedures no. 18-01-01

D.) All of the above grounds for dismissal of the R.V.R for failure of the E.M.C.F disciplinary department failure to follow M.D.O.C. Disciplinary Policy and Procedure, their action shows Arbitrary and capaxicious for charging me with R.V.R after being released on 3-3-2010 from segregation without a hearing on said RVR# 10-456. [See RVR Attached.]

## — Relief Requested —

A.) I am Requesting the R.V.R be dismissed from Offender Files..... for the above violations.

B.) I am Requesting $10,000.00 from Officer Smith, for False imprisonment, where she charged me with the False charges and I was placed in Segregation illegally.

C.) I'm also Requesting behind these Illegal action above, that E.M.C.F Official transfer me out of this Facility immediate

March 13, 2010
Date

DeAudra Davis #25300
E.M.C.F 10641 Hwy 80
Meridian, Ms 39307

Mr. Grines told me that he'll personally turn in my second step. I gave it to him yet I haven't heard anything from the Commissioner or Deputy Commissioner. I feel that if M.D.O.C. would've moved me or had any knowledge that E.M.C.F and this A.R.P. They should've made sure all my reliefs that was granted up held by G.E.O. Since they fall under M.D.O.C. I filed my 2nd Step 2 the Commissioner. I put it in Warden Grines hand's. I never got a respond back. Yet my other A.R.P are being answered that was filed after this one.

10.) State briefly exactly what you want the court to do for you. Do not make legal arguaments. Do not cite legal authority.

I ask this Honorable Court to set the right judgement and for that judgemant to be that, E.M.C.F and M.D.O.C. give me what was granted by E.M.C.F A.R.P Board. Nothing more. Nothing less. Do to the fact I'm transferred from E.M.C.F. To M.C.C.F. I'd ask this Honorable Court to see to it that M.D.O.C. Don't transfere me away from M.C.C.F. That E.M.C.F. Pay all court cost and fee's.

This complaint was executed at <u>Marshall County Correction Facility</u> and I declare or certify or verify or state under penalty of parjury that this complaint is true and correct.

Date: 3-15-2011

DeAndre Davis
Plaintiff's

15th day of March this was sworn
Bernice Brown
Notary Republic

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 68702 BERNICE BROWN Commission Expires March 2, 2015 MARSHALL COUNTY]